**L. Ann WEST, as Mother and Administrator of the Estate of Lorri West, et al., Plaintiffs-Appellants,**

v.

**UNITED STATES of America, Defendant-Appellee.**

No. 83–1842.

United States Court of Appeals, Seventh Circuit.

Oct. 4, 1984.

---

Before CUMMINGS, Chief Judge, and BAUER, WOOD, CUDAHY, ESCHBACH, POSNER, COFFEY and FLAUM, Circuit Judges.

### ORDER

On June 25, 1984, this Court ordered that the panel judgment and opinion reported in 729 F.2d 1120 be vacated and that the case be reheard *en banc*. After rehearing this case *en banc* today, by equally divided vote this Court affirms the judgment of the district court dismissing the action for lack of subject matter jurisdiction under *Feres v. United States*, 340 U.S. 135, 71 S.Ct. 153, 95 L.Ed. 152.